26328-JJO/BWW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL K. FRITKIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-01193 |
| JD TRANSPORTATION, INC. and JASON MICHAEL FREEMAN, | ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs. The Court shall retain jurisdiction to enforce the settlement and adjudicate any liens.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| O'HAGAN MEYER, LLC | KRAVOLEC & MARQUARD, CHARTERED |
| By: */s/ Bryan W. White* <br> Attorneys for Plaintiff <br> MICHAEL K. FRITKIN | By: */s/ Michael T. Clarke* <br> Attorneys for Defendants <br> JD TRANSPORTATION and <br> JASON MICHAEL FREEMAN |

| | |
|---|---|
| James J. O'Hagan, Esq.<br>Bryan W. White, Esq.<br>O'HAGAN MEYER, LLC<br>One E. Wacker Dr., Ste. 3400<br>Chicago, IL 60601<br>(312) 422-6100<br>johagan@ohaganmeyer.com<br>bwhite@ohaganmeyer.com | Michael J. Mullen, Esq.<br>Michael T. Clarke, Esq.<br>KRAVOLEC & MARQUARD, CHARTERED<br>55 West Monroe St., Ste. 1000<br>Chicago, IL 60603<br>mike.mullen@kravloveclaw.com<br>mike.clarke@kravloveclaw.com |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL K. FRITKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-01193 |
| | ) | |
| JD TRANSPORTATION, INC. and | ) | |
| JASON MICHAEL FREEMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. The Court retains jurisdiction to enforce the settlement and adjudicate any liens.

Date: _____  _____
                                                                                    Judge